## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:08CR255** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **TIARA SAUNSOCI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On August 27, 2008 defense counsel advised the court that the defendant wished to withdraw her pending Motion to Suppress [13].  Accordingly,

**IT IS ORDERED:**

1.  The suppression hearing set for the morning of **August 28, 2008** is cancelled.

2.  Defendant's Motion to Suppress [13] is deemed withdrawn.

Dated this 27th day of August 2008.


BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge